fourth judicial department, entered May 8, 1906, affirming a judgment in favor of plaintiffs entered upon the report of a referee in an action to restrain an alleged nuisance and to recover damages occasioned thereby.

*Mortimer Stiefel* for appellant.

*P. F. King* for respondents.

Judgments affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.

---

AUGUSTUS S. FITCH et al., Respondents, *v.* TINA B. FRASER, Appellant.

*Fitch* v. *Fraser*, 109 App. Div. 440, affirmed.
(Argued April 16, 1907; decided April 30, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered December 4, 1905, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and granting a new trial in an action to compel contribution in payment of a promissory note of which all the parties to the action were signers.

*Edwin D. Wagner* and *Robert A. Fraser* for appellant.

*Alexander Neish* for respondents.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.